Rachael Langston, Cal. SBN 257950
Jenna Gerry, Cal. SBN 304820
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:(415) 864-8848
Facsimile: (415) 593-0096
Emails: rlangston@las-elc.org
jgerry@las-elc.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOYENSHET ALEMU,<br><br>       Plaintiff,<br><br>v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation,<br><br>       Defendant. | Case No. 8:16-cv-00747-AG-JC<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

Based upon the agreement of the parties, and the Court finding good cause, IT IS HEREBY ORDERED THAT the parties' Stipulated Protective Order (Docket No. 21) is GRANTED and entered as an Order of the Court.

IT IS SO ORDERED.

Dated: November 10, 2016          /s/ Jacqueline Chooljian
                                                                 United States Magistrate Judge